In the Matter of the Appointment of a Committee of WILLIAM SHEA, an Alleged Incompetent. EDWARD C. RAFTERY, Appellant; GEORGE FRANKENTHALER, as Special Guardian, Respondent.— Order, so far as appealed from, affirmed, with $20 costs and disbursements payable out of the trust fund. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents in part and votes to modify the order appealed from by omitting the additional member of the committee on the ground that there is no diversity of interest until at least the termination of the trust.

EDMUND J. McCORMICK, INC., Respondent, v. BROOKLYN TRUST COMPANY, Appellant. (Action No. 1.) EDMUND J., McCORMICK, INC., Respondent, v. BROOKLYN TRUST COMPANY, Appellant. (Action No. 2.) EDMUND J. McCORMICK, INC., Respondent, v. BROOKLYN TRUST COMPANY, Appellant. (Action No. 3.) — Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of IRVING SCHNEIDER et al., Appellants. MAX SCHLESSINGER et al., as Committee of MELVIN KIRSCHENBAUM, an Incompetent Person, Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted to the extent of allowing appellants $400 for their services rendered. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ROSE EHRLICH, Respondent, v. ISAAC EHRLICH, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPHINE ALBERT et al., Respondents, v. LEO LUST, as Ancillary Executor of BENEDICT LUST, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOHN SZEKELY, Respondent, v. WHIT BURNETT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of JAMES COLEMAN, Appellant, against WILLIAM ENGELKING et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUBY HOEFLICH, Respondent, v. MEYER KREEGER, Appellant.— Order, so far as appealed from, affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant the motion. [See post, p. 893.]

JOHN G. HEIMANN et al., Infants, by Their Guardian ad Litem, BERNARD HERSHKOPF, Appellants, v. FLORENCE R. HEIMANN, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellants, and the motion in all respects denied, with leave to the defendant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.